**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MAURICE RHOADES,** | ) | **CASE NO.1:07CV802** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **BLUE CHIP PROPERTY** | ) | **SHOW CAUSE ORDER** |
| **MANAGEMENT, INC., ET AL** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court held a Show Cause hearing, in chambers, on February 5, 2008, on Plaintiff's failure to appear for the settlement conference of January 23, 2008. After hearing from both Plaintiff and Defense counsel, the Court will not sanction Plaintiff. Furthermore, the Court holds Plaintiff's failure to appear for the settlement conference negates Defendant's failure to timely file an Answer and finds neither side will be permitted to recover costs or fees as a result.

The parties have agreed to conduct the deposition of Plaintiff on February 15, 2008 at 2:00 PM at the Carl B. Stokes United States Courthouse 7th Floor. The Court Orders Plaintiff to answer all questions within his knowledge. Because Plaintiff has failed to attend the settlement conference, failure to cooperate at Plaintiff's deposition will result in sanctions including dismissal of this action.

The Court sets the following case management dates:

Dispositive Motions are due April 7, 2008

Briefs in Opposition are due May 7, 2008

Reply briefs are due May 20, 2008

Final Pre-Trial is set for September 2, 2008 at 2:00 PM.

Trial is set for September 15, 2008 at 9:00 AM.  Trial Order to issue.

IT IS SO ORDERED.

                                      s/Christopher A. Boyko
                                      CHRISTOPHER A. BOYKO
                                      United States District Judge

February 12, 2008